IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VIDEAU, | No. C 07-3838 JSW (PR) |
| Petitioner, | **ORDER GRANTING MOTION FOR STAY AND ADMINISTRATIVELY CLOSING HABEAS PETITION, GRANTING LEAVE TO AMEND AND INSTRUCTIONS TO CLERK** |
| vs. | |
| ANTHONY HEDGEPATH, Warden, | |
| Respondent. | (Docket No. 7) |

Petitioner, a prisoner of the State of California, currently incarcerated at Kern Valley State Prison in Delano, California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his state conviction. On that same date, Petitioner filed a motion to stay the petition and hold it in abeyance pending the exhaustion of additional claims in the state courts, which was denied without prejudice because the motion failed to make the proper showing for a stay under *Rhines v. Webber*, 125 S. Ct. 1528 (2005). Thereafter, Petitioner filed a motion to stay and seeking leave to amend, which was supported by allegations of "good cause" for Petitioner's failure to previously exhaust three of his claims and setting forth these potentially meritorious claims (docket no. 7). Petitioner has also informed this Court that his unexhausted claims are currently pending in the California Supreme Court (docket no. 8).

A district court may stay a petition pending a petitioner's exhaustion of additional claims, with the intention of allowing an amendment after exhaustion to add the newly exhausted claims. *See Rhines v. Webber*, 125 S. Ct. 1528, 1535 (2005); *Kelly v. Small*,

315 F.3d 1063, 1070 (9th Cir. 2003); *Calderon v. United States Dist. Court (Taylor)*, 134 F.3d 981, 989 (9th Cir. 1998). Petitioner has established good cause for his failure to exhaust these issues earlier; and (2) shown that the issues are "potentially meritorious." *Rhines*, 125 S. Ct. at 1535. Accordingly, Petitioner's request for a stay and for leave to amend is GRANTED (docket no. 7), subject to the conditions set forth below, and this action is hereby STAYED until thirty days after the California Supreme Court's final decision on Petitioner's claims.

Once the California Supreme Court has issued a decision on Petitioner's now unexhausted claims, Petitioner shall notify the Court within thirty days of such decision.

**If Petitioner wishes to have this Court consider his now unexhausted claims, he must notify this Court within thirty days of the California Supreme Court's decision regarding his unexhausted claims. If Petitioner fails to do so, this matter shall proceed only on Petitioner's exhausted claims currently pending before the Court and the Court will not consider Petitioner's other claims.**

The clerk shall administratively close the file pending the stay of this action.

IT IS SO ORDERED.

DATED: January 8, 2008

_____
JEFFREY S. WHITE
United States District Judge

2

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

ANDREW VIDEAU,

        Plaintiff,

  v.

ANTHONY HEDGEPATH et al,

        Defendant.
                                         /

Case Number: CV07-03838 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Videau
V47077
P.O. Box 5101
Delano, CA 93216

Dated: January 8, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk