1  Mr. Andrew Videau, CDC# 47077
   Kern Valley State Prison
2  Facility A-2-130
   Post Office Box 5101
3  Delano, CA 93216-5101.,

4  Petitioner In Pro Se.



5

6              IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  ANDREW VIDEAU,              )  No. C 07-3838 JSW (PR)
                               )
9          Petitioner,         )  **PETITIONER BRINGS TO THE DISTRICT**
                               )  **COURT'S ATTENTION THAT THE (SIC)**
10  vs.                        )  **CALIFORNIA SUPREME COURT HAS ISSUED**
                               )  **A FINAL DECISION ON HIS UNEXHAUSTED**
11  ANTHONY HEDGPETH, Warden,  )  **CLAIMS FROM INSIDE HIS FILED "FIRST**
                               )  **AMENDED" PETITION IN THIS COURT**
12          Respondent.        )
                               )
13  _____

14      Petitioner, a prisoner of the State of California, currently

15  incarcerated at Kern Valley State Prison in Delano, California,

16  herein acts by "petitioner brings to the district court's attention

17  that the (sic) california supreme court has issued a final decision

18  on his unexhausted claims from inside his filed "first amended"

19  petition in this court", as was ordered of Petitioner's to do so

20  inside of this Court's issued Order Granting Motion For Stay And

21  Aministratively Closing Habeas Petition, "Etc (Docket No. 7, Filed

22  on January 08, 2008. See Exhibit 1, attached hereto (order)).

23      However. Petitioner herein mentioned acts further to bring to

24  the Court's attention, that after he had filed his habeas corpus

25  petition into the California Supreme Court in case number S155288,

26  which was filed DENIED on January 30, 2008 (see Exhibit 2, attached

27  hereto (california supreme court order)), thereafter on January 22,

28                              1.

1  2008, the state Court of Appeal, First Appellate District, Div-

2  ision Two having acted by forwarding to the Petitioner of a "Copy"

3  of an "Letter" which had been addressed to the Office of the

4  Attorney General, 455 Golden Gate Avenue, Suite 1100, San Francis-

5  co, California 94102, and involving of assigned case number A120363

6  , informing them to file a points and authorities in opposition to

7  the petition within 10 days from the date of this letter. See

8  Exhibit 3, attached hereto (court of appeal's letter).  Here, the

9  Petitioner herein mentioned acts to explain to the district court

10 that what he believes has happen is another State prisoner, namely,

11 Mr. Phillip B. Gunn, CDC# C-34848, who was legally assisting this

12 Petitioner with all filed legal pleading(s) "having not known that

13 immediately after the Superior Court had issued an denial order on

14 the unexhausted claims, said Petitioner had acted to forward of

15 his habeas petition to the Court of Appeal without prisoner "Gunn"

16 knowing about it, and in which was denied prior to filing the same

17 claims' in the California Supreme Court." Therefore, when prisoner

18 "Gunn" drafted and filed the ("same") claims' in the Court of Appeal

19 via another habeas petition in now assigned case number A120363,

20 ante, "that is why the Court of Appeal issued the aforementioned

21 letter to the respondents".  See Exhibit 3, attached hereto.

22      Moreover. Because the respondents (office of the attorney gen-

23 eral) recognize that the habeas petition raised meritorious and

24 complexed ineffective assistance of counsel claims', therefore, the

25 respondents having asked the Court of Appeal for a extension of

26 time to file its oppostition to the petition. See Exhibit 4, attach-

27 ed hereto (motion and declaration of good cause for first extension

28                              2.

1 of time to file brief - criminal.) Therein. Such motion was granted
2 by the Court of Appeal on February 215, 2008, after it was "Filed"
3 on February 1, 2008. Note: Petitioner asks the federal District
4 Court to pay attention to the aforementioned motion on Page Number
5 2, at Paragraph Number 9. See Exhibit 4, attached hereto.

6     Petitioner herein mentioned acts to bring to the attention of
7 the district court, "that if the aforementioned Court of Appeal
8 does not grant Petitioner's petition the soughted relief and instead
9 act by denying of the appeal, therefore, Petitioner will act as of
10 his right, "if alright with this Court", not to file of/his previ-
11 ously filed unexhausted claims' back into the California Supreme
12 Court since that court already has denied these claims. See Exhibit
13 2, attached hereto (california supreme court denial order). In-
14 stead. "Petitioner will re-act by bringing to the district court's
15 attention that the Court of Appeal has reached a decision in case
16 number A120363, ante, and therefore said Petitioner ask that the
17 district court at that 'particular' time act to lift the "stay and
18 administratively closing of this habeas corpus case"; alternatively,
19 that this Court act to issue an Order directing Petitioner as to
20 what it want him to do in this action?

21     I declare under penalty of perjury that the foregoing is true
22 and correct.

23     Dated: February 12, 2008

24                                   Respectfully submitted,
25
                                     ANDREW VIDEAU.,
26
                                     Petitioner In Pro Se.
27

28                          3.

VERIFICATION

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, ANDREW VIDEAU _____, declare under the penalty of perjury that:

I am the Petitioner _____ in the attached matter; I have read the foregoing document(s) and know the contents thereof; that the same is true of my own personal knowledge, and if called to testify as to the contents thereof, I could do so competently as a sworn wit- ness.

Executed this 12'th day of February _____, 20 08 ____, at Kern Valley State Prison, Delano, CA. 93216-5101.

_____
Declarant

. . . . .˙. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## DECLARATION OF SERVICE BY MAIL

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, Phillip B. Gunn, C-34848 ____, declare: That I am a resident of Kern Valley State Prison, Delano, California; I am over the age of 18 years; ( [] I am / [X] I am not ) a party to the above entitled action; My address is P.O. Box 5101, Delano, California 93216-5101. I served the attached document(s) entitled;

**"PETITIONER BRINGS TO THE DISTRICT COURT'S ATTENTION THAT THE (SIC) CALIFORNIA SUPREME COURT HAS ISSUED A FINAL DECISION ON HIS UNEXHAUSTED CLAIMS FROM INSDE HIS FILED "FIRST AMENDMEND" PETITION"**
On the persons/parties specified below by placing a true copy of said document(s) into a sealed envelope with the appropriate postage affix- ed thereto and placing said envelope(s) into the United States Mail in a deposit box provided for at the Kern Valley State Prison, Delano, California, addressed as follows:

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

There is First Class mail delivery service by the United States Mail at the places so addressed and/or regular communication by mail be- tween the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this 12th ____ day of February ____, 20 08 __, at Kern Valley State Prison, Delano, Califrnia 93216-5101.

_____
Declarant

**EXHIBIT 1**



ORIGINAL FILED

JAN 0 ? 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VIDEAU, | No. C 07-3838 JSW (PR) |
| Petitioner, | **ORDER GRANTING MOTION FOR STAY AND ADMINISTRATIVELY CLOSING HABEAS PETITION, GRANTING LEAVE TO AMEND AND INSTRUCTIONS TO CLERK** |
| vs. | |
| ANTHONY HEDGEPATH, Warden, | |
| Respondent. | (Docket No. 7) |

Petitioner, a prisoner of the State of California, currently incarcerated at Kern Valley State Prison in Delano, California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his state conviction. On that same date, Petitioner filed a motion to stay the petition and hold it in abeyance pending the exhaustion of additional claims in the state courts, which was denied without prejudice because the motion failed to make the proper showing for a stay under *Rhines v. Webber*, 125 S. Ct. 1528 (2005). Thereafter, Petitioner filed a motion to stay and seeking leave to amend, which was supported by allegations of "good cause" for Petitioner's failure to previously exhaust three of his claims and setting forth these potentially meritorious claims (docket no. 7). Petitioner has also informed this Court that his unexhausted claims are currently pending in the California Supreme Court (docket no. 8).

A district court may stay a petition pending a petitioner's exhaustion of additional claims, with the intention of allowing an amendment after exhaustion to add the newly exhausted claims. *See Rhines v. Webber*, 125 S. Ct. 1528, 1535 (2005); *Kelly v. Small*,

1    315 F.3d 1063, 1070 (9th Cir. 2003); *Calderon v. United States Dist. Court (Taylor)*, 134

2    F.3d 981, 989 (9th Cir. 1998). Petitioner has established good cause for his failure to

3    exhaust these issues earlier; and (2) shown that the issues are "potentially meritorious."

4    *Rhines*, 125 S. Ct. at 1535. Accordingly, Petitioner's request for a stay and for leave to

5    amend is GRANTED (docket no. 7), subject to the conditions set forth below, and this

6    action is hereby STAYED until thirty days after the California Supreme Court's final

7    decision on Petitioner's claims.

8          Once the California Supreme Court has issued a decision on Petitioner's now

9    unexhausted claims, Petitioner shall notify the Court within thirty days of such decision.

10         **If Petitioner wishes to have this Court consider his now unexhausted claims,**

11   **he must notify this Court within thirty days of the California Supreme Court's**

12   **decision regarding his unexhausted claims. If Petitioner fails to do so, this matter**

13   **shall proceed only on Petitioner's exhausted claims currently pending before the**

14   **Court and the Court will not consider Petitioner's other claims.**

15         The clerk shall administratively close the file pending the stay of this action.

16         IT IS SO ORDERED.

17   DATED: January 8, 2008

18

19                                          *Jeffrey S. White*
                                        _____
20                                          JEFFREY S. WHITE
                                        United States District Judge
21

22

23

24

25

26

27

28                                          2

1        UNITED STATES DISTRICT COURT

2           FOR THE

3      NORTHERN DISTRICT OF CALIFORNIA

4

5

6 ANDREW VIDEAU,     Case Number: CV07-03838 JSW

    Plaintiff,

7          **CERTIFICATE OF SERVICE**

  v.

8

9 ANTHONY HEDGEPATH et al,

10    Defendant.     /

11

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13 That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing

14 said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15

16

17 Andrew Videau
  V47077

18 P.O. Box 5101
  Delano, CA 93216

19

  Dated: January 8, 2008    *Jennifer Ottolini*

20        Richard W. Wieking, Clerk
         By: Jennifer Ottolini, Deputy Clerk

21

22

23

24

25

26

27

28

**EXHIBIT 2**

S155288

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

In re ANDREW VIDEAU on Habeas Corpus

The petition for writ of habeas corpus is denied.

George, C. J., was absent and did not participate.

SUPREME COURT
FILED

JAN 3 0 2008

Frederick K. Ohlrich Clerk

_____

Deputy

**BAXTER**
_____
Acting Chief Justice

**EXHIBIT 3**



STATE OF CALIFORNIA

# Court of Appeal

OFFICE OF THE CLERK
FIRST APPELLATE DISTRICT
350 McALLISTER STREET
SAN FRANCISCO, CA 94102-4712

DIANA HERBERT
CLERK/ADMINISTRATOR

TELEPHONE
(415) 865-7200
FAX
(415) 865-7209
E-MAIL
first.district@jud.ca.gov

January 22, 2008

Office of the Attorney General
455 Golden Gate Avenue, Suite 1100
San Francisco, CA 94102

      Re:    A120363; In re Andrew Videau on Habeas Corpus
             (Assigned to Division Two)

Dear Counsel,

      The People of the State of California are named as respondents to the above-captioned petition for writ of habeas corpus, which has been assigned to Division Two of this court. The court asks that you serve and file points and authorities in opposition to the petition within 10 days from the date of this letter. The opposition should address all issues raised in the petition.

      Petitioner will be permitted to file a reply to the opposition within 15 days from his receipt of the opposition.

                          Very truly yours,
                          DIANA HERBERT, Clerk

                        by:    **STACY WHEELER**
                            Deputy Clerk

cc:    Andrew Videau

Recieved
1-29-08

Rorsieved

/ -2 9- o 8

A120363

Andrew Videau
CDC:V-47077
Kern Valley State Prison - Facility A
P.O. Box 5101
Delano, CA 93216-5101

**NOTICE**

*Please include both the appellate case number and the division number on any written communication or filing submitted to this court.*

**Our website address is
http://appellatecases.courtinfo.ca.gov**

pet

adda

**EXHIBIT 4**



EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
LAURENCE K. SULLIVAN
Supervising Deputy Attorney General
RENE A. CHACON
Supervising Deputy Attorney General
State Bar No. 119624
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
   Telephone: (415) 703-5957
   Fax: (415) 703-1234
   Email: rene.chacon@doj.ca.gov



Attorneys for Respondent

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIRST APPELLATE DISTRICT, DIVISION TWO

| | |
|---|---|
| **In Re** | A120363 |
| **ADREW VIDEAU,** | Superior Court No. C141764 |
|                 **Petitioner,** | Alameda Superior Court |

## MOTION AND DECLARATION OF GOOD CAUSE FOR FIRST EXTENSION OF TIME TO FILE BRIEF — CRIMINAL

1.    I, the undersigned, am counsel for respondent and hereby move for an extension of time to file the Respondent's informal opposition to the petition for writ of habeas corpus.

2.    The present due date is February 1, 2008.

3.    I request an extension of 14 Days to February 15, 2008.

4.    I have filed no prior requests for an extension of time.

5.    Petitioner was convicted of first degree murder with enhancement allegations. The conviction is based on a jury verdict.

6.    The court imposed the following punishment:  50 years to life.

7.    Petitioner was remanded and is serving his state prison sentence.

8.    The appellate record consists of over 1650 pages of reporter's transcripts. Petitioner's habeas corpus petition was filed on January 15, 2008.

9.    I need additional time because of the complexity and number of issues raised by appellant.  Appellant raises multiple claims of ineffective representation and alleges trial court error from the denial of his motion for substitute counsel.

10.   When I received the court's January 22, 2008, letter inviting opposition, I ordered the appellate record called up from archives.  I received the appellate record on January 28, 2008.  I have not had time to review the record in order to draft the opposition.  I need additional time to draft the opposition.  Accordingly, I request an additional 14 days.  This application is made in good faith.  I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Francisco, California on February 1, 2008.

**EXTENSION OF TIME IS**

_____ **DENIED**

☑ **GRANTED**

TO ___2-15-08___.

**KLINE, P. J.**

**Presiding Judge**

RENE A. CHACON
Supervising Deputy Attorney General

SF2008400260
40213907.wpd

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    *In re Andrew Videau*                              No.: **A120363**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 1, 2008, I served the attached **MOTION AND DECLARATION OF GOOD CAUSE FOR FIRST EXTENSION OF TIME TO FILE BRIEF — CRIMINAL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Andrew Videau**                                    **First District Appellate Project**
**CDC # V-47077**                                    **Attn: Executive Director**
**Kern Valley State Prison - Facility A**            **730 Harrison St., Room 201**
**P.O. Box 5101**                                    **San Francisco, CA 94107**
**Delano, CA 93216-5101**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 1, 2008, at San Francisco, California.

_____
Declarant

40213907.wpd

3

$ 02.67
02 1A
0004604192     FEB 14 20
MAILED FROM ZIP CODE 932

ANDREW VIDEAU, CDC# 47077
Valley State Prison
lity A-2-130
Office Box 5101
no, CA 93216-5101

lley State Prison
lity A-2-130

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

"CONFIDENTIAL"
-gal Mail: