Mr. Andrew Videau, CDC# V-47077
Kern Valley State Prison
Facility A-1-111
Post Office Box 5101
Delano, CA 93216-5101.,

Petitioner In Pro Se.

FILED

MAR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW VIDEAU, | ) | No. C 07-3838 JSW (PR) |
| | ) | |
| Petitioner, | ) | PETITIONER BRING TO THE U.S. |
| | ) | DISTRICT COURT'S ATTENTION |
| vs. | ) | THAT HIS CASE IS READY FOR |
| | ) | LIFT THE "STAY AND |
| ANTHONY HEDGPETH, Warden, | ) | ADMINISTRATIVELY CLOSING OF |
| | ) | THIS HABEAS CORPUS CASE" |
| Respondent. | ) | |
| | ) | |

Petitioner, a prisoner of the State of California, currently incarcerated at Kern Valley State Prison in Delano, California, and herein mentioned acts by moving to "petitioner bring to the u.s. district court's attention that his case is ready for lift the stay and administrately closing of this habeas corpus case", and states, as follows:

With regards to the immediate case filed, on March 4, 2008, the California Court of Appeal, First Appellate District, Division Two had acted to issue an denied order on the petitioner's state habeas corpus petition in case number A120363. See Exhibit 1, attached hereto (court of appeal issued order.) Here, said petitioner waive his right to further those raise issue(s) in

1.

the California Supreme Court being that the California Supreme Court has already decided petitioner's additional raised issues from inside of petitioner's "First Amended Petition" on file with the federal District Court.(see California Supreme Court denial order in case number S155288 (filed 01-30-08).) *

Moreover. From inside of petitioner's previously filed legal pleading in the federal District Court dated February 19, 2008, therein said petitioner had mentioned that once he had received a decision from the Court of Appeal he would notify the court hereto.(see Petitioner's legal pleading filed Feb. 19, 2008, on file with the district court, on pp. 1-3.)

I declare under penalty of perjury that the foregoing is true and correct.

March 12, 2008

Respectfully submitted,

*Andrew Videau*
ANDREW VIDEAU, V-47077
Kern Valley State Prison
Facility A-1-111
Post Office Box 5101
Delano, CA 93216-5101.,

Petitioner In Pro Se.

---

* See the federal District Court (Docket No. 7), dated Filed on January 8, 2008, for order issued that granted petitioner's "motion for stay and administrately closing habeas corpus petition, "etc.

1. In any event, the District Court should issue an "Order To Show Cause" onto the Respondents' at this 'particular' time.

2.

## VERIFICATION

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, ANDREW VIDEAU, V-47077, declare under the penalty of perjury that:

I am the PETITIONER in the attached matter; I have read the foregoing document(s) and know the contents thereof; that the same is true of my own personal knowledge, and if called to testify as to the contents thereof, I could do so competently as a sworn witness.

Executed this 12th day of March, 20 08, at Kern Valley State Prison, Delano, CA. 93216-5101.

*Andrew Videau*
Declarant

........................................................

## DECLARATION OF SERVICE BY MAIL

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, Mr. Phillip B. Gunn, C-34848, declare: That I am a resident of Kern Valley State Prison, Delano, California; I am over the age of 18 years; ( [] I am / [X] I am not ) a party to the above entitled action; My address is P.O. Box 5101, Delano, California 93216-5101. I served the attached document(s) entitled;
  **PETITIONER BRING TO THE U.S. DISTRICT COURT'S ATTENTION THAT HIS CASE IS READY FOR LIFT THE "STAY AND ADMINISTRATELY CLOSING OF THIS HABEAS CORPUS CASE"**
On the persons/parties specified below by placing a true copy of said document(s) into a sealed envelope with the appropriate postage affixed thereto and placing said envelope(s) into the United States Mail in a deposit box provided for at the Kern Valley State Prison, Delano, California, addressed as follows:
  **IN THE UNITED STATES DISTRICT COURT**
  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**


There is First Class mail delivery service by the United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this 12th day of March, 20 08, at Kern Valley State Prison, Delano, Califrnia 93216-5101.

*P. B. Gunn*
Declarant

EXHIBIT 1

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

| | |
|---|---|
| In re ANDREW VIDEAU on Habeas Corpus. | A120363<br><br>(Alameda County Super. Ct. No. C141764) |

Court of Appeal, First Apellate District
FILED
MAR - 4 2008
Diana Herbert, Clerk
by _____ Deputy Clerk

BY THE COURT:

The petition for writ of habeas corpus is denied.

Dated:  MAR - 4 2008

KLINE, P.J _____ P.J.