1  EDMUND G. BROWN JR.
Attorney General of the State of California
2  DANE R. GILLETTE
Chief Assistant Attorney General
3  GERALD A. ENGLER
Senior Assistant Attorney General
4  PEGGY S. RUFFRA
Supervising Deputy Attorney General
5  RENE A. CHACON, State Bar No. 119624
Supervising Deputy Attorney General
6  455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7  Telephone:  (415) 703-5957
Fax:  (415) 703-1234
8  Email:  rene.chacon@doj.ca.gov

9  Attorneys for Respondent

10

11  IN THE UNITED STATES DISTRICT COURT

12  FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  **ANDREW VIDEAU,**                               No. C 07-3838 JSW (PR)

15                              Petitioner,          **APPLICATION FOR
ENLARGEMENT OF TIME TO**
16          **v.**                                   **FILE ANSWER**

17  **A. HEDGEPETH, Warden,**

18                              Respondent.

19

20          For the reasons stated in the accompanying declaration of counsel, respondent hereby

21  requests a 30-day enlargement of time in which to file its Answer to the Petition for Writ of Habeas

22  Corpus.  As explained in the accompanying declaration, counsel has assembled the state record and

23  requires time to complete reviewing those records in order to draft the responsive pleadings.

24          Petitioner is a state prisoner serving a 50 years to life judgment for murder, and

25  appears pro se.

26          WHEREFORE, respondent respectfully requests that this Court grant an enlargement

27  of time, to and including June 30, 2008, in which to file its Answer.

28

1

Dated:  May 30, 2008

2

Respectfully submitted,

3

EDMUND G. BROWN JR.
Attorney General of the State of California

4

DANE R. GILLETTE
Chief Assistant Attorney General

5

GERALD A. ENGLER
Senior Assistant Attorney General

6

PEGGY S. RUFFRA
Supervising Deputy Attorney General

7

8

9

/s/ Rene A. Chacon

10

RENE A. CHACON
Supervising Deputy Attorney General
Attorneys for Respondent

11

12

13

40260159.wpd

14

SF2008401172

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application for Enlargement of Time to file Answer                    Case No. C 07-3838 JSW (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    *Videau v. Hedgepeth*

No.:    **C 07-3838 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>May 30, 2008</u>, I served the attached **(1) APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER; (2) DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER; (3) [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

**Andrew Videau
V47077
P.O. Box 5101
Delano, CA 93216**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 30, 2008, at San Francisco, California.

| Susan Chiang | |
|---|---|
| Declarant | Signature |

40260220.wpd