EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
RENE A. CHACON, State Bar No. 119624
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5957
 Fax:  (415) 703-1234
 Email:  rene.chacon@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW VIDEAU,**<br><br>Petitioner,<br><br>v.<br><br>**A. HEDGEPETH, Warden,**<br><br>Respondent. | No. C 07-3838 JSW (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER** |

I, Rene A. Chacon, declare under penalty of perjury as follows:

I am the California Supervising Deputy Attorney General assigned to represent respondent warden in this case.  I was prior counsel in state appellate proceedings following the underlying state prison judgment.  Respondent's Answer is currently due, May 30, 2007.  I have not previously requested any enlargement of time in this case.

Petitioner is presently serving a 50 years to life judgment for murder following a jury trial.  Petitioner appears in pro se in this Court.

Since the order to show cause issued from this Court, I have assembled the state record from archives and have obtained sealed transcripts from the state court of appeal.  I now have

1  full access to the state record.  However, I have not had time to review those records and draft a
2  responsive pleading.  I fully expect to review the record and draft the responsive pleading within
3  the next 30 days.
4      Accordingly, I request that the Court grant respondent warden to and including June
5  30, 2008, in which to file its Answer or other response to the petition for writ of habeas corpus.
6  This application is made in good faith.
7      I declare under penalty of perjury of the laws of the State of California and the United
8  States of America that the foregoing is true and correct.  Executed at San Francisco, California
9  on May 30, 2008.

                        /s/ Rene A. Chacon
                        RENE A. CHACON
                        Supervising Deputy Attorney General

40260164.wpd
SF2008401172

Declaration of Counsel                        C 07-3838 JSW (PR)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Videau v. Hedgepeth*

No.:   **C 07-3838 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On May 30, 2008, I served the attached **(1) APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER; (2) DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER; (3) [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

**Andrew Videau
V47077
P.O. Box 5101
Delano, CA  93216**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 30, 2008, at San Francisco, California.

|  |  |
|---|---|
| Susan Chiang | |
| Declarant | Signature |

40260220.wpd