1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW VIDEAU,** | No. C 07-3838 JSW (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **A. HEDGEPETH, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until June 30, 2008, to file its Answer to the Petition for Writ of Habeas Corpus.  If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within 30 days of his receipt of the Answer.

IT IS SO ORDERED.

Dated: _____      _____
JEFFREY S. WHITE
United States District Judge

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Videau v. Hedgepeth*

No.:   **C 07-3838 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On May 30, 2008, I served the attached **(1) APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER; (2) DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER; (3) [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

**Andrew Videau**
**V47077**
**P.O. Box 5101**
**Delano, CA 93216**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 30, 2008, at San Francisco, California.

|  |  |
|---|---|
| Susan Chiang | |
| Declarant | Signature |

40260220.wpd