**FILED**
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VIDEAU,<br><br>         Petitioner,<br><br>  v.<br><br>A. HEDGEPETH, Warden,<br><br>         Respondent. | No. C 07-3838 JSW (PR)<br><br>~~[PROPOSED]~~ ORDER<br>(Docket No. 13) |

  GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until June 30, 2008, to file its Answer to the Petition for Writ of Habeas Corpus. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within 30 days of his receipt of the Answer.

  IT IS SO ORDERED.

Dated:   JUN 2 4 2008       _____
                   JEFFREY S. WHITE
                   United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANDREW VIDEAU,

        Plaintiff,

v.

ANTHONY HEDGEPATH et al,

        Defendant.

Case Number: CV07-03838 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Videau
V47077
P.O. Box 5101
Delano, CA 93216

Dated: June 24, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk