EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
RENÉ A. CHACÓN, State Bar No. 119624
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5957
 Fax:  (415) 703-1234
 Email:  rene.chacon@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW VIDEAU,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**A. HEDGEPETH, Warden,**<br><br>　　　　　　　　　　　Respondent. | No. C 07-3838 JSW (PR)<br><br>**NOTICE OF LODGED EXHIBITS** |

　　　Exhibit A (Clerk's Transcript, 2 volumes)

　　　Exhibit B (Unpublished Opinion of the California Court of Appeal)

　　　Exhibit C (Petition for Review)

　　　Exhibit D (Habeas Corpus Petition to the California Supreme Court)

　　　Exhibit E (Habeas Corpus Petition to the California Supreme Court)

　　　Exhibit F (May 7, 2001, Police Statement, People's Exhibit 33A)

　　　Exhibit G (Reporter's Transcript of February 25, 2004, Hearing on Motion for Substitute Counsel)

1. Exhibit H (Reporter's Transcript of Sentencing Proceedings)
2. Exhibit I (Reporter's Transcript of Trial, 7 volumes)
3. Dated: June 26, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

*/s/ René A. Chacón*
RENÉ A. CHACÓN
Supervising Deputy Attorney General
Attorneys for Respondent

RAC/cfl
SF2008401172
Videau.Notice of Lodging.wpd