

Mr. Andrew Videau, V-47077
Kern Valley State Prison
A2-232
P.O. Box 5101
Delano, CA 93216
In Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANDREW VIDEAU,<br>        Petitioner,<br><br>v.<br><br>A. HEDGEPETH, Warden.<br>        Respondent. | No. C 07-3838 JSW (PR)<br><br>PETITIONER'S REQUEST FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A TRAVERSE<br><br>Honorable Jeffrey S. White,<br>United States District Judge presiding. |

Comes now, Petitioner Andrew Videau, proceeding in pro se, hereby, humbly moves this Honorable Court for a twenty-one (21) day enlargement of time in which to submit a comprehensive Traverse to the issues contained in the instant petition for writ of habeas corpus.

On December 17, 2007, Petitioner filed the instant first amended petition for writ of habeas corpus by a state prisoner pursuant to 28 U.S.C. § 2254. On March 31, 2008, the Court

1

1 issued an Order granting Respondent until June 30, 2008, in
2 which to file its Answer to the petition for writ of habeas
3 corpus in which the Court also advised, that if Petitiner
4 wished to file a Traverse, it would be due within 30 days of
5 Petitioner's receipt of the Answer.
6     Thus, on June 26, 2008, Respondent filed an Answer to the
7 Court's Order to Show Cause. And on June 30, 2008, Respondent
8 filed an Answer to the instant petition for writ of habeas
9 corpus.
10     Therefore, according to the Court's current Briefing
11 Schedule, Petitioner's Traverse is due to be filed with the
12 Court on or about July 30, 2008.
13     However, due to the **extreme** difficulties experienced by
14 Petitioner in obtaining access to the prison's **makeshift** law
15 library; that consist of **only two** computers, and not a single
16 law book, for an entire prison population, Petitioner must
17 humbly request of the court a twenty-one day (21) enlargement
18 of time in which to perfect his Traverse, to assist the Court
19 in its even handed constitutional review of the issues that
20 are contained in the instant petition for writ of habeas
21 corpus. As Petitioner find that he would be absolutely remiss
22 to the point of dereliction in the preservation of his cons-
23 titutional rights, by not allowing the Court to have the
24 benefit of apposing arguments.
25     Hence, for the foregoing reasons, Petitioner pray that
26 this Honorable Court will find GOOD CAUSE APPEARING, and
27 grant to Petitioner the sought after 21 day enlargement of
28 time, to and including August 11, 2008, by which to submit

a compresensive Traverse, to include Points and Authorities, as well as, the standard of review, of habeas petitions under that set for by the Antiterrorism and Effective Death Penalty Act, of 1996, 28 U.S.C. § 2254(d). It is anticipated that no further continuances will be necessary.

In Sum, Petitioner declare under the threat of the penalty of perjury under the laws of the United States, that the above statements are true and correct.

                                       Respectfully Submitted,

                                       ANDREW VIDEAU, in pro se

July 20, 2008

3

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare the following:
I am over 18 years of age, and a party to the within action.
My address is:  P.O. Box 5101
                Delano, CA 93216

On Andrew Videau, I served a copy of the attached

Motion for Enlargement of time to File Traverse

On the below-named persons by placing a true copy thereof in envelope addressed as follows, with first class postage thereon fully prepaid, and delivering the sealed envelopes, according to the procedures prescribed for sending legal mail, to the proper institutional official for deposit in the United States mail at Corcoran, in the County of Kings, California.

U.S. Dist. Court
Northern District of C.A.
450 Golden Gate Ave.
San Francisco, CA 94102

Executed under penalty of perjury this 20th day of July, 2008, at Corcoran, California.

DECLARANT